UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 18-01161-DFM | Date: | March 28, 2019 |
|---|---|---|---|
| Title | Andres Martinez v. Nancy A. Berryhill | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re: Failure to Prosecute

In the Court's November 30, 2018 revised Case Management Order following the Court's granting of Plaintiff's Counsel's Motion to Be Relieved as Counsel of Record, this Court ordered Plaintiff to file and serve his motion for judgment on the pleadings within 42 days of the date of the order. See Dkt. 21 at 1. Plaintiff did not file his motion by the deadline, nor has he requested more time to do so.

Accordingly, on or before twenty-one (21) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely submit his motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) request an extension of time for the motion deadline. Plaintiff is expressly forewarned that if he fails to do either, the Court will deem this failure as a further violation of a Court order and further evidence of lack of prosecution, warranting dismissal.