# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDRES MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Deputy Commissioner of Operations, performing duties and functions not reserved to the Commissioner of Social Security, <br><br> Defendant. | Case No. CV 18-01161-DFM <br><br> JUDGMENT |

On March 28, 2019, the Court ordered Plaintiff to either (a) show good cause in writing, if any exists, why Plaintiff did not timely submit his motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) request an extension of time for the motion deadline. Plaintiff did not file any response to the order to show cause by the deadline.

///
///
///

Therefore, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: May 07, 2019

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge